# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19-cv-02376-SVW-SP | Date | January 29, 2020 |
| Title | Rutherford v. Ahir et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING EX PARTE APPLICATION to Set Aside Default [13] and DISCHARGING OSC

The order to show cause why this action should not be dismissed for lack of prosecution [10], issued on January 21, 2020, is DISCHARGED.

The application to set aside the default is granted.

:

Initials of Preparer          PMC